# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DBEST PRODUCTS, INC.<br><br>PLAINTIFF(S)<br><br>v.<br><br>GUANGZHOU YITAOKEJI YOUXIANGONGSI<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>2:25−cv−04620−MEMF−AGR<br><br><br><br>**NOTICE TO FILER OF DEFICIENCIES IN REQUEST FOR ISSUANCE OF SUMMONS** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

|   6/2/2025   |   11   |   Request for Summons   |
|---|---|---|
| Date Filed | Doc. No. | Title of Doc. |

**ERROR(S) WITH DOCUMENT:**

*Other Error(s):*

Please adhere to the Local Rule governing Summons − Service of Process Directed to Foreign Countries or to Persons or Entities Within Them

The summons cannot be issued until this defect has been corrected. Please correct the defect and re−file your summons request.

Clerk, U.S. District Court

Date: June 4, 2025    By:  /s/ Yvette Louis  yvette_louis@cacd.uscourts.gov
                           Deputy Clerk

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**

− NOTICE TO FILER OF DEFICIENCIES IN REQUEST FOR ISSUANCE OF SUMMONS −